IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JABOC LEE INGERSOLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-46-NJR-DGW |
| | ) | |
| WARDEN OF MENARD CORRECTIONAL | ) | |
| CENTER and OFFICER JOHN/JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On February 7, 2017, Plaintiff, an inmate who was then incarcerated at the Menard Correctional Center, was permitted to proceed on one count that an unknown jail officer allowed masked inmates to enter his cell and beat him (Doc. 5). In his complaint, Plaintiff claims he was housed behind a "secured" door in the MSU section of the jail on April 17, 2015 – in an attached grievance, Plaintiff states that his door was "propped open" while inmates were in the dayroom (Doc. 1, p. 5; Doc. 1-1, p. 2). In responses to the 28 U.S.C. § 1915A threshold Order, Plaintiff states that he does not know the John Doe officer's name, badge number, rank, or what the person looks like (Doc. 18). Plaintiff believes that the officer was either the "wing officer" or the officer in the "bubble" with access to the "control panel" that controls the doors and cells (Doc. 21). Finally, Plaintiff states that the incident occurred between 2:00 p.m. and 3:00 p.m., right before a shift change.

In order to move these proceedings along, Defendant is **DRECTED**, to the extent possible, to identify the John Doe Defendant (or Defendants) who is described by Plaintiff as set forth above. In particular, Defendant shall file a notice indicating the name(s) of the officer(s) who

was/were responsible for securing and/or closing/opening Plaintiff's cell door on April 17, 2015 between the hours of 2:00 p.m. and 3:00 p.m. while he was housed in the MSU. If Defendant cannot identify such a person or persons, she shall so indicate in the Notice. The Notice shall be filed by **July 21, 2017**.

**DATED: June 20, 2017**

**DONALD G. WILKERSON**
**United States Magistrate Judge**